# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Edgar Verlani Parra Barboza,

         Petitioner,

v.

Eric Rokosky, et al.,

         Respondents.

No. CV-26-04872-PHX-MJM

**ORDER**

Petitioner filed this action under 28 U.S.C. § 2241 challenging his immigration detention. (Doc. 1.) Pursuant to General Order 26-09, the Court ordered Respondents to show cause why the Petition should not be granted. (Doc. 4.) In their Response, Respondents state:

> At this time, Respondents do not oppose Petitioner's request for release on conditions that existed prior to re-detention.

(Doc. 7.) The Court accepts this concession as non-opposition to granting the Petition.

**IT IS ORDERED:**

(1)    Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted** as to his request for release from custody. The remainder of the Petition is denied as moot.

(2)    Respondents must **immediately** release Petitioner from custody under the same conditions that existed before his detention.

(3)    Respondents must provide a notice of compliance within **two days** of Petitioner's release.

(4)    Any pending motions are denied as moot and the Clerk of Court must enter judgment in Petitioner's favor and close this case.

IT IS SO ORDERED.

DATED this 20th day of July, 2026.

_____

Michael J. McShane
United States District Judge
